

ORDERED in the Southern District of Florida on March 10, 2016.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:
Maria A Alberto                                          Case No. 15-30689-RBR
                Debtor  /                              Chapter 7

**ORDER GRANTING DEBTORS' EX-PARTE MOTION TO VACATE DISCHARGE FOR THE SOLE PURPOSE OF FILING REAFFIRMATION AGREEMENT WITH NISSAN MOTOR CREDIT CORPORATION**

This matter having come upon Debtor's Motion to Vacate Discharge for the Sole Purpose of Filing Reaffirmation Agreement with Nissan Motor Credit Corporation and the Judge having reviewed the file it is:

ORDERED as follows:

1. Debtor's Motion to Vacate Discharge for the Sole Purpose of Filing Reaffirmation Agreement with Nissan Motor Credit Corporation is GRANTED.

2. The parties have thirty (30) days from the entry of this Order to file the Reaffirmation Agreement with the Court. After said period the Discharge of the debtors will be reinstated automatically by the clerk.

###

Attorney Robert Sanchez, Esq. is hereby directed to mail a conformed copy of this order to all affected parties